B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 28 2015
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

In re Elizabeth Ann Cartmill; ,                    Case No. 13-10278

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus                                    Bank of America, N.A.
_____                         _____
**Name of Transferee**                                  **Name of Transferor**

**Name and Address where notices to transferee          Court Claim # (if known): 8
should be sent:**                                       Amount of Claim: 75,926.01
Federal National Mortgage Association ("Fannie Mae"),   Date Claim Filed: 06/26/2014
creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Phone: _____                                      Phone: _____

**Last Four Digits of Acct #:** XXXX8381                Last Four Digits of Acct #:

**Name and Address where transferee payments
should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

Phone: _____

**Last Four Digits of Acct #:** XXXX8381

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: _/s/ Lisa Singer_____                       Date: May 27, 2015
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via First Class mail on the following parties

Jeffrey E. West, Esq.
210 SE 89th St
Oklahoma City, OK 73149

John T. Hardeman, Esq.
PO Box 1948
Oklahoma City, OK 73101

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102


May 27, 2015

_____
Arzoo Mamoor