**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: ) | |
| **ELIZABETH ANN CARTMILL** ) | Case No. 13-10278 JDL |
| Debtor ) | Chapter 13 |

**MOTION TO MODIFY CONFIRMED PLAN AND REQUEST FOR
COMPENSATION AND RESLOVE TRUSTEE'S MOTION TO CONVERT
AND NOTICE OF OPPORTUNITY FOR HEARING**

**COMES NOW** the Debtor, **Elizabeth Cartmill**, pursuant to the Bankruptcy Code, and moves the Court for an Order modifying her Chapter 13 Plan, and would show the Court the Following:

1. That the debtor filed a voluntary bankruptcy petition on January 25, 2013 and the case was confirmed on May 10, 2013.

2. That the Debtor works as a realtor for a broker and has had a downturn in sales. However, the Debtor was able to send in $18,000.00 in March 2016 in plan payments. As a result, the Debtor is still behind on her plan payments. That the Debtor is treated as current through March 2016 with her plan payments. That beginning in April 2016 the plan payment needs to increase to $6,400.00 for the remainder plan.

3. The Debtor's Attorney requests to be paid an additional $500.00 for preparation and mailing of this Motion, to be paid through the plan.

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.**

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

**WHEREFORE**, Debtor requests this Court enter an Order allowing the debtor to modify her Chapter 13 plan payment, and for any such other and further relief as this court deems appropriate.

Dated:  March 23, 2016.                     /s/ Jeffrey E. West_____
                                                                         JEFFREY E. WEST, OBA #18871
                                                                         210 SE 89th St.
                                                                         OKC, OK 73149
                                                                         (405) 616-4949
                                                                         (405) 721-9503 Fax
                                                                         lawwestj@yahoo.com

**CERTIFICATE OF MAILING**

      I hereby certify that on 23rd day of March 2016, a true and correct copy of **Motion to Modify**, filed on 23rd day of March 2016 was electronically served using the CM/ECF system, namely: John Hardeman, Chapter 13 Trustee.  Further, I certify that on the 23rd day of March 2016 copies of the **Motion to Modify** filed on 23rd day of March 2016 were forwarded via United States mail, first class, postage prepaid and properly addressed to the following at the addresses shown below.

        **See Attached Matrix**  /s/ Jeffrey E. West____

                                      JEFFREY E. WEST


| | | |
|---|---|---|
| AA COMPUTER SERVICES<br>901 SW LEE BLVD<br>LAWTON OK 73501 | AM+PM CLINIC/ ARJUMAND GHAYAS MD<br>PO BOX 785<br>LAWTON OK 73502-0785 | AM+PM CLINIC/JANICE LEPP<br>PO BOX 785<br>LAWTON OK 73502-0785 |
| AMC<br>PO BOX 1235<br>ELMSFORD NY 10523-0935 | BAY AREA C S<br>1000 ABERNATHY RD NE STE<br>ATLANTA GA 30328 | BAY AREA CREDIT SERVICE<br>PO BOX 467600<br>ATLANTA GA 31146 |
| BERLIN-WHEELER<br>PO BOX 479<br>TOPEKA KS 66601-0479 | BK OF AMER<br>ATTN: CORRESPONDENCE UNIT/CA6-919-02-41<br>PO BOX 5170<br>SIMI VALLEY CA 93062 | BRLNWHLR<br>PO BOX 479<br>TOPEKA KS 66607 |
| CANCER CENTERS OF SW OK<br>PO BOX 25016<br>OKLAHOMA CITY OK 73125-0016 | CENTRAL STATES RECOVERY<br>PO BOX 3130<br>HUTCHINSON KS 67504-3130 | CITIFINANCIAL<br>BK REMITTANCE<br>PO BOX 140069<br>IRVING TX 75019 |

| | | |
|---|---|---|
| CITY OF DERBY<br>EL PASO WATER CO.<br>611 MULBERRY RD, STE 300<br>DERBY KS 67037-3591 | CITY OF DERBY<br>611 N. MULBERRY<br>DERBY KS 67037-3533 | CITY OF DERBY<br>EL PASO WATER CO.<br>PO BOX 327<br>DERBY KS 67037-0327 |
| CITY OF DERBY<br>PO BOX 327<br>DERBY KS 67037-0327 | CITY OF OKLAHOMA CITY<br>PO BOX 26570<br>OKLAHOMA CITY OK 73126-0570 | CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY<br>SUITE 200<br>BREA CA 92821 |
| CMRE FINANCIAL SERVICES, INC<br>3075 E. IMPERIAL HWY, #200<br>BREA CA 92821 | COMANCHE COUNTY HEALTHCARE<br>PO BOX 785<br>LAWTON OK 73502-0785 | COMANCHE COUNTY MEMORIAL HOSPITAL<br>PO BOX 129<br>LAWTON OK 73502-0129 |
| CREDIT SYSTEMS INTERNATIONAL<br>PO JBOX 1088<br>ARLINGTON TX 76004 | CREDIT SYSTEMS INTERNATIONAL<br>PO BOX 1088<br>ARLINGTON TX 76004 | CREDIT SYSTEMS INTL IN<br>1277 COUNTRY CLUB LN<br>FORT WORTH TX 76112 |
| ENHANCED RECOVERY<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | ER MANAGEMENT MIDWEST, INC<br>3075 E IMPERIAL HWY, STE 200<br>BREA CA 92821 | FIDELITY CABLEVISION<br>PO BOX 329<br>LAWTON OK 73502-0329 |
| GEMB/WALMART<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KANSAS COUNSELORS OF K<br>1421 N SAINT PAUL ST<br>WICHITA KS 67203 |
| KANSAS GAS SERVICE<br>PO BOX 219046<br>KANSAS CITY MO 64121-9046 | KD LINGAFELTER<br>12312 E. 71ST STREET SOUTH<br>DERBY KS 67037 | LAWTON RETAIL MERCHANTS<br>PO BOX 307<br>LAWTON OK 73502 |
| LOWES / MBGA / GEMB<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076 | LTD FINANCIAL SERVICES<br>7322 SOUTHWEST FREEWAY<br>SUITE 1600<br>HOUSTON TX 77074 | LTD FINANCIAL SERVIES, L.P.<br>7322 SW FREEWAY, STE 1600<br>HOUSTON TX 77074 |
| MCM<br>DEPT 12421<br>PO BOX 603<br>OAKS PA 19456 | MCM DEPT 12421<br>PO BOX 603<br>OAKS PA 19456 | MIDLAND FUNDING<br>8875 AERO DR<br>SAN DIEGO CA 92123 |

| | | |
|---|---|---|
| MIDWEST SERV<br>625 W MAPLE<br>WICHITA KS 67213 | MILLER ELECTRIC<br>629 N. GEORGIE<br>DERBY KS 67037 | MUNICIPAL SERVICES BUR<br>PO BOX 16755<br>AUSTIN TX 78761 |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>PO BOX 269060<br>OKLAHOMA CITY OK 73126-9060 | PUBLIC WORKS & UTILITES<br>455 N. MAIN<br>WICHITA KS 67202 | ROBERTS OVERDOORS, INC<br>6104 SE BLVD<br>DERBY KS 67037-9474 |
| SEARS/CBNA<br>PO BOX 6276<br>SIOUX FALLS SD 57117 | WESTAR ENERGY<br>PO BOX 758500<br>TOPEKA KS 66675-8500 | WORKS & LENTZ, INC<br>3030 NW EXPRESSWAY, STE1300<br>OKLAHOMA CITY OK 73112-5442 |
| WORKS & LENTZ, INC<br>3030 NW EXPRESSWAY, STE 1300<br>OKLAHOMA CITY OK 73112-5442 | | |